**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-14464-MIDDLEBROOKS

CLYFORD RENE,

Plaintiff,

v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

Defendants.
_______________________________________/

**ORDER WITHDRAWING REFERENCE AND CLOSING CASE**

**THIS CAUSE** comes before the Court on Plaintiff's Voluntary Dismissal without Prejudice, filed November 9, 2026 (DE 6), and Judge Brandy Brentari Galler's Report and Recommendation, filed the same day (DE 7). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither, nor have they responded to Judge Galler's Order to Show Cause (DE 5). Further, upon review of the record, I find Judge Galler's Report well-reasoned and her conclusions correct. The time to object to the Report has now expired.

Accordingly, it is **ORDERED** that:

(1) Judge Galler's Report and Recommendation (DE 7) is **ADOPTED.**

(2) This case is **DISMISSED WITHOUT PREJUDICE.**

(3) The Clerk of Court shall **CLOSE THIS CASE.**

(4) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 24th day of November, 2026.

Donald M. Middlebrooks
United States District Judge